FILED

2008 JUL 24  PM 2: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  Mr. Darnell Marquis Campbell

2  *Pro Se*

3  460 E Washington Street #111

4  Escondido CA 92025

5  (619) 453-4102

6         **United States District Court** '08 CV 1339 JM AJB

7         **Southern District of California**

8

9  | Mr Darnell Marquis Campbell | **Civil Complaint Under**

10 |         Plaintiff, | The Civil Rights Act

11 |         vs. | 42 U.S.C. § 1981

12 | XRZ Corporation et Al | Title VII Civil Rights Act of 1964,

13 |         Defendant | as amended.

14

15

16                    **A. Jurisdiction**

17     The plaintiff, Darnell M. Campbell would like to provide before the United States District

18  Court Southern District of California that this civil complaint jurisdiction is invoked pursuant to

19  42 U.S.C. § 1981.  The plaintiff hereby states that this civil complaint also under 42 U.S.C. §

20  1981, is not governed by time constraints, however it is subject to a four year statute of

21  limitation in this jurisdiction.

22

23                    **B. Parties**

24     1) Plaintiff: Darnell Marquis Campbell, who presently resides at:

25         460 East Washington Street #111 Escondido, California 92025.

26         Cell phone (619) 453-4102

27         Work phone (619) 237-9700

28         Home phone (760) 294-0872

24th day of July 2008

1

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

2) Defendant: XRZ Corporation et. al. located at:

    3955 4th Avenue San Diego, California 92103

    Owned by Mr. Darl E. Edward

    Managed and Supervised by: Mr. Robert Mulzet & Mr. John James Crespin

    Business phone number (619) 295-0850

      The defendant was not acting under the authority or color of state law during the time the plaintiff raised the a complaint to the Equal Employment Opportunity Commission.

## C. Causes of Action

      The plaintiff Darnell M. Campbell has recently put forth diligent efforts to bring before the Honorable Judge Lorenz and the Honorable Judge Bencievengo at the United States District Court Southern District of California.   This related case of racial discrimination under docket file number 3:05-CV-02173-L (CAB); a civil rights complaint filed on the 23rd of November 2005 under federal citation 28:1983 which states:

    "every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.  For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia," it would not have been what the plaintiff has marked on the Civil Cover Sheet in section VI titled "Nature of Suit."

24th day of July 2008

2

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

1         It was later found by the plaintiff that he overlooked section VI (Cause of Action) on the

2   Civil Cover Sheet during the initial filing on the 23rd day of November 2005; therefore a Clerk of

3   the Court took the liberty to enter any and all missing information.  As the plaintiff continues to

4   seek relief from the previous related trial docket file number 3:05-CV-02173-L (CAB) against

5   the defendant; pursuant to 42 U.S.C. § 1981, the statutes of limitations hold no time constraints

6   yet it is subject to four years in this jurisdiction.  The Honorable M. James Lorenz and the

7   Honorable Magistrate Judge Cathy Ann Bencievengo have both presided over the case 3:05-CV-

8   02173-L (CAB).  Judgment was in favor of the defendant due to the plaintiff holding the burden

9   of proof, which created many mistakes made by not only the plaintiff but also the court and it's

10  clerks.  The *Pro Se* plaintiff has been educated and informed through endless hours of legal

11  research that he has the option to file for the case to be reinstated or reopened under the federal

12  citation 42 U.S.C. § 1981 Equal rights under the law.  The plaintiff's cause of action for a new

13  trial under federal citation 42 U.S.C. § 1981 and Title VII Civil Rights Act of 1964, as amended.

14  This civil complaint of racial discrimination and employment discrimination is under jurisdiction

15  of the statutes of limitations

16        The plaintiff is once again a *Pro Se* litigant seeking relief of discriminatory acts and

17  practices that had been displayed toward him while employed with the defendant X.R.Z.

18  Corporation et Al.  The plaintiff did file a complaint with the Equal Employment Opportunities

19  Commission, with the Senior Investigator Mr. Roger Owens, who iniated the complaint process

20  that the E.E.O. conducts.  The charging party and the respondent both received a "Charge of

21  Discrimination" implementing the issues that the plaintiff alleged and the E.E.O. stated to be in

22  violation of the Title VII Civil Rights Act of 1964, as amended.  Shortly after the complaint was

23  filed a mediation process followed; agree to by both parties to be directed by an E.E.O. mediator

24  name  Mr. Jose Dennis.  Mediation was terminated at the plaintiff's request. The E.E.O. then

25  conducted an investigation also lead by Senior Investigator Mr. Roger Owens; who then

26  presented the charging party with the option to have access to the investigative file.  The plaintiff

27  then recieved  a "Notice of Discrimination" , a "Right to Sue Letter", and other documents

28  wrapping up the investigation with merit to the charging party.

24th day of July 2008

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

1    The plaintiff would like to request a trial by jury as pursuant to Rule 8.

2    The plaintiff has provided below the issues of law that the defendant are in violation with

3    Title VII Civil Rights Act of 1964, as amended and 42 U.S.C. 1981.

4    **1)    Disparate Impact**

5    **2)    Defendants creation of a non-informative, hostile, and**

6    **intimidating work environment**

7    **3)    Unfair employment practices through terms and conditions of**

8    **employment**

9    **4)    Denied of fringe benefits**

10

11    The issues of law stated above are followed by supportive facts below:

12    **Issue of Law # 1: Disparate Impact**

13    **Supporting Facts:**

14    1) Prima facie provided within E.E.O.C. file, not the responsibility of the plaintiff to

15    provide a prima facie case in discrimination in discrimination recorded in

16    Employment and Law Litigation by Merrill Rossien under § 2:5.75

17

18    2) Defendant provides legitimate reason for allegation of discrimination were indeed

19    not along basis of race or employment discrimination, yet the defendant did not

20    provide facts that proved to be legitimate.

21

22    3) Pretext for discrimination was alleged by defendant as a result of a non-

23    discriminatory act or practice: Plaintiff is Black who resigned after experiencing

24    several discriminatory acts and practices by employer such as: disparate Impact,

25    defendants creation of a non-informative, hostile, and intimidating work

26    environment, unfair employment practices through terms and conditions of

27    employment, and denial of fringe benefits.

28    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

24th day of July 2008          4          Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

**Issue of Law #2: Defendants creation of a non-informative, hostile, and intimidating work environment.**

Supporting Facts:

1) Plaintiff was denied fringe benefits.

2) Whether Plaintiff was suspended for three days.

3) Suspended without notice by management.

4) The plaintiff and a manager arguing about terminating employment.

5) Resigned from his job on the 3rd day of January 2005.

6) Assistant left message with the plaintiff on the 2nd day of January 2005 relating to the plaintiff getting to work in addition to referring to the plaintiff as a "BITCH".

7) Defendant not complying with the employee violations contract provided to E.E.O. by the defendant.

8) Favoring two Mexican employees who were not suspended but involved in same employee as the plaintiff (missing a scheduled shift).

**Issue of Law #3: Unfair employment practices through terms and conditions of employment**

Supporting Facts:

1) Plaintiff found out that he was the only employee at XRZ Corporation et al that did not have knowledge or membership of Kaiser health benefit yet the rest of the staff was enrolled with membership.

2) The night of the 1st day of January 2005 the XRZ Corporation et al was short staffed. Two employees (Mexican/ Hispanic) called in to let the management know that they were going to be a bit late for their shift. They did not make in for their shift that night.

3) Plaintiff (Black) was given a three day suspension as a reprimand for not staffing his scheduled shift on the 2nd day of January 2005, but the plaintiff

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

1  did, and personally informed  XRZ Corporation et al morning shift that

2  plaintiff was too exhausted to work the shift.

3  4) On the 3rd day of January 2005 the plaintiff returned back to work to find that

4  the was on a three day suspension because he missed his scheduled shift on

5  the 2nd day of January 2005 without notice from a manager or supervisor.

6  5) One of the plaintiff's fellow co-workers that missed the shift of the 1st day of

7  January 2005 was called in to cover the shift that the plaintiff would have

8  normally worked had he not of been suspended for three days.

9

10  Issue of Law #5: Denied Health Insurance

11  **Supporting Facts:**

12  1) Began employment on the 16th day of August 2004

13  2) Signed the "House Rules" on the 4th day of October 2004

14  3) Plaintiff was not ever informed by management or by owner  that employer

15  offered Health Benefits to the employees of XRZ Corporation et al.

16  4) Defendant representation counsel and defendant claims that the open

17  enrollment month for new member is during the month of April.

18  5) Plaintiff did not find out about the health benefit until the 3rd day of January

19  2005 from a fellow employee; the day of the plaintiff resigning from XRZ

20  Corporation et al.

21

22  **D. Previous Lawsuits and Administrative Relief**

23  1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

24  involved in this case?

25  YES  **X**       No

26  If your answer is "Yes", describe each suit in the space below.

27  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

28  xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

24th day of July 2008

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

(a) Parties to the previous lawsuit:

Plaintiffs:   Darnell Marquis Campbell

Defendants: XRZ Corporation et Al.


(b) Name of the court and docket number:

1) United States Supreme Court- (Campbell v. XRZ Corporation et al.)

2) United States Court of Appeals of the Ninth Circuit- (07-53669)

3) United States District Court Southern District of California- (3:05-CV-02173-L (CAB)


(c) Disposition:

1) United States Supreme Court- (Campbell v. XRZ Corporation et al.) was denied on the 2nd day of July 2008 due to non compliance to 28 U. S. C. § 2101.

2) United States Court of Appeals of the Ninth Circuit 07-56339 the case was dismissed on the 5th day of February 2008.

3) United States District Court Southern District of California 3:05-CV-02173-L (CAB) was filed for an appeal on the 31ST day of August 2007.


(d) Issues raised:

1)  Disparate Impact

2)  Creation of a  non-informative, hostile, and intimidating work environment

3)  Unfair employment practices through terms and conditions of employment

4)  Denial of fringe benefits


(e) Approximate date of disposition in:

1) United States Supreme Court- (Campbell v. XRZ Corporation et al.) was denied on 2nd day of July 2008.

24th day of July 2008

7

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

(f) Approximate date of disposition in:

      1) United States Court of Appeals of the Ninth Circuit: 5th day of February 2008

(g) Approximate date of disposition in:

      1) United States District Court Southern District of California : 22nd day of August 2007

      2) Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above?

                YES    __X__      No

      If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

      Yes, the two parties did agree to a mediation process provided by the E.E.O.C.. Conducted by E.E.O. Mediator Mr. Jose Dennis.  In his attempts to seek closure between the two parties all that was agreed upon during mediation was a payment of wages (sixty-four dollars) that was owed to the plaintiff for wages that had not been paid due to management of defendant.  At the request of the charging party (plaintiff) the mediation sessions was terminated because the plaintiff did not receive the respect he should have nor was any positive outcome to arise for closure to be attained.

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

      1. An injunction preventing defendant(s):  Back pay, front pay, legal fees, punitive damages, all debts incurred as a result of unemployment, doctors bills, loss of wages.

      2. Damages in cumulative sum of: $3,500,000.00

24th day of July 2008

8

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

1     (Punitive Damages, emotional damages, suffering damages, inconvenience, mental

2     anguish, loss of enjoyment of life, pecuniary damages, non-pecuniary damages)

3

4     **F. Demand for Jury Trial**

5    Plaintiff demands a jury trial:

6             YES   **X**       No

7

8     **G. Consent to Magistrate Judge Jurisdiction**

9        In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner

10   case filed in this district, the Court has adopted a case assignment involving direct assignment of

11   these cases to magistrate judges to conduct all proceedings including jury or bench trial and the

12   entry of final judgment on consent of all the parties under 28 U.S.C. § 636 (c), thus waiving the

13   right to proceed before a district judge. The parties are free to withhold consent without adverse

14   substantive consequences.  The Court encourages parties to utilize this efficient and expeditious

15   program for case resolution due to the trial judge quality of the magistrate judges and to

16   maximize access to the court system in a district where the criminal case loads severely limits

17   the availability of the district judges for trial of civil cases. Consent to a magistrate judge will

18   likely result in an earlier trial date. If you request that a district judge be designated to decide

19   dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all

20   non-dispositive motions and will hear and issue are commendation to the district judge as to all

21   dispositive motions.  You may consent to have a magistrate judge conduct any and all further

22   proceedings in this case, including trial, and the entry of final judgment by indicating your

23   consent below.

24

25     Choose only one of the following:

26     Plaintiff consents to magistrate  **X**  or  Plaintiff requests that a district judge judges _____

27   jurisdiction as set forth be designated to decide dispositive above. matters and trial in this case.

28   xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

24th day of July 2008

Civil Complaint Under
The Civil Rights Act
42 U.S.C. § 1981

1    **I declare under the penalty of perjury that the foregoing is true and correct.**

2

3

4    Executed on this date:                          X

5          24th day of July  2008               Mr. Darnell M. Campbell

6                                                 Pro Se

7                                                 460 East Washington Street #111

8                                                 Escondido CA 92025

9                                                 (619) 453-4102

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

FILED

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY

**I. (a) PLAINTIFFS**

Darnell M. Campbell

**DEFENDANTS**

X.R.Z. Corporation et Al.

**(b)** County of Residence of First Listed Plaintiff  **San Diego County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **San Diego County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
460 E Washington St. #111 Escondido CA 92025 619-453-4102

Attorneys (If Known)
Michael L. Crowley

'08 CV 1339 JM AJB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | Injury |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):  42 U.S.C 1981

Brief description of cause:  Employment discrimination under Title VII Civil Rights Act of 1964, as amended

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  3,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**  (See instructions):

JUDGE  Hon. Bencivengo & Hon. Lorenz

DOCKET NUMBER  3:05-CV-02173-L (CAB)

DATE  24th day of July 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                   ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)



TTY # (800) 700-2320

☐  **1001 Tower Way, Suite 250**
**H**   Bakersfield, CA 93309
     (661) 395-2729

☐  **1320 E. Shaw Avenue, Suite 150**
**C**   Fresno, CA 93710
     (559) 244-4760

☐  **611 West Sixth Street, Suite 1500**
**B**   Los Angeles, CA 90017
     (213) 439-6799

☐  **1515 Clay Street, Suite 701**
**M**   Oakland, CA 94612
     (510) 622-2941

☐  **2000 "O" Street, Suite 120**
**E**   Sacramento, CA 95814
     (916) 445-5523

☐  **1350 Front Street, Suite 3005**
**D**   San Diego, CA 92101
     (619) 645-2681

☐  **121 Spear Street, Suite 430**
**A**   San Francisco, CA 94105
     (415) 904-2303

☐  **111 North Market Street, Suite 810**
**G**   San Jose, CA 95113
     (408) 277-1277

☐  **2101 East Fourth Street, Suite 255-B**
**K**   Santa Ana, CA 92705
     (714) 558-4266

Mr Darl Edwards
Owner
XRZ CORPORATION
3955 4th Avenue
San Diego, CA 92103

EEOC Number: 345-2005-00674

Darnell Campbell v. XRZ Corporation

Date: March 25, 2005

### NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to
the California Department of Fair Employment and Housing (DFEH) by the U.S.
Equal Employment Opportunity Commission (EEOC). The complaint will be filed
in accordance with California Government Code section 12960. This notice
constitutes service pursuant to Government Code section 12962.

<u>No response to the DFEH is required by the respondent.</u>

The EEOC will be responsible for the processing of this complaint. DFEH will
not be conducting an investigation into this matter. EEOC should be contacted
directly for any discussion of the charge. DFEH is closing its case on the basis
of "processing waived to another agency."

### NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue
notice. According to Government Code section 12965, subdivision (b), you
may bring a civil action under the provisions of the Fair Employment and
Housing Act against the person, employer, labor organization or employment
agency named in the above-referenced complaint. The lawsuit may be filed in a
State of California Superior or Justice Court. Government Code section 12965,
subdivision (b), provides that such a civil action must be brought within one
year from the date of this notice. Pursuant to Government Code section
12965, subdivision (d)(1), this one-year period will be tolled during the
pendency of the EEOC's investigation of your complaint. You should consult an
attorney to determine with accuracy the date by which a civil action must be
filed. This right to file a civil action may be waived in the event a settlement
agreement is signed. Questions about the right to file under federal law should
be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is
filed.

<u>Remember: This Right-To-Sue Notice allows you to file a private lawsuit in
State court.</u>

Sincerely,

WANDA J. KIRBY
Deputy Director
Enforcement Division