FILED
2008 JUL 24 PM 2:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

'08 CV 1339 JM AJB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Darnell M. Campbell<br><br>v.<br><br>X.R.Z. Corporation et Al. | Civil No.<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.  my claim is meritorious (that is, I have a good case), and

    B.  I have made a reasonably diligent effort to obtain counsel, and

    C.  I am unable to find an attorney willing to represent me on terms that I can afford.

2.  A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.  A.  Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes    _X_ No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4       B.   Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6       ___ Yes       _X_ No
7       C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.</u>
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25
26
27
28 (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)

2

4. Have you talked with any attorney about handling your claim?

　　　　x　Yes　　　　　　___ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: Douglas Geyman

When: 2/1/06

Where: 750 B Street Suite 2635 San Diego, California 92101

How (by telephone, in person, etc.): In person

Why attorney was not employed to handle your claim: Rates too high for me.

Attorney: Shawn McMillian

When: 10/1/05

Where: 4955 Via Lapiz San Diegfo, California 92122

How (by telephone, in person, etc.): In person

Why attorney was not employed to handle your claim:
His area of expertise is in Business Law not discrimination.

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim:

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

Several attempts have been made through online legal referral services in addition to some consultations over the phone.

6. Give any other information which supports your application for the court to appoint an attorney for you:

Please see attached documents following this Request for Appointment for Counsel; and Declaration of Support.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

N/A

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?  **x** yes  ___ no  ___ am self-employed

Name and address of employer:

Donovan's Steak and Chops House (Prime Steak III)
570 "K" Street
San Diego California 92101

1     If employed, how much do you earn per month? $1,219.51

2     If not employed, give month and year of last employment: _____

3     How much did you earn per month in your last employment? $1,110.00

4     If married, is your spouse employed? ___ yes _X_ no

5     If "YES," how much does your spouse earn per month? _____

6     If you are a minor under age 21, what is your parents' or guardians' approximate monthly

7 income? _____

8

9     B.    Assets

10        (i)    Other Income

11     Have you received within the past 12 months any income from a business, profession or other

12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity

13 payments or other sources? ___ yes _X_ no

14     If "YES," give the amount received and identify the sources:

15        $ Received                 Source

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23

24

25

26

27

28 (Attach additional sheets as necessary)

    (ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? **✗** yes ___ no

If "YES," state total amount: $55.00

    (iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **✗** yes ___ no

If "YES," give value and describe it:

| <u>Value</u> | <u>Description</u> |
|---|---|
| $50.00 | E.E. Savings Bond |
| $35.00 | E.E. Savings Bond |
| $1,000.00 | C of I |

  C. <u>Obligations and Debts</u>

    (i) <u>Dependents</u>

Your marital state is: **✗** single ___ married ___ widowed, separated or divorced.

Your total number of dependents is : 0

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| <u>Name/Relationship</u> | <u>Monthly Support Payment</u> |
|---|---|
| Mr. Darnell M. Campbell / self | $1,300.00 |

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: Bob M. Nadeau | | $650.00 |
| Mortgage on Home: N/A | $0.00 | $0.00 |

Others:

| | |
|---|---|
| Public Security Storage | $56.00 |
| Second Chance Credit | $50.00 |
| Virgin Mobile | $90.00 |
| Blue Shield of Georgia | $38.66 |
| Spectera | $7.10 |

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: 24th day of July 2008

_____
Signature

(Notarization is not required)