UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL M. CAMPBELL | Civil No. 08-CV-1339-L(CAB) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| XRZ CORPORATION, *et al.*, | |
| Defendants. | |

On July 24, 2008, Plaintiff filed a Civil Complaint Under the Civil Rights Act, 42 U.S.C. § 1981, Title VII Civil Rights Act of 1964, as amended. Plaintiff alleges race discrimination against his former employer. The claims alleged in the complaint are the same as the claims Plaintiff asserted in Darnell M. Campbell v. XRZ Corporation *et al.*, case no. 05cv2173-L(CAB). A judgment on these claims was entered on August 22, 2007 after trial. Accordingly, the instant action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: August 14, 2008

M. James Lorenz
United States District Court Judge

08cv1339

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL